IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

WILLIAM S. COWART,                          :
(AIS # 00011179),
                                            :
   Plaintiff,
                                            :
vs.                                                      Civil Action No: 14-0197-WS-C
                                            :
BALDWIN COUNTY CORRECTIONS
CENTER MEDICAL DEP'T, *et al.*              :

   Defendants.                              :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.   It is **ORDERED** that Defendants Baldwin County Corrections Center Medical Department, Dr. Charles D. Sherman, and Nurse Carla Wasdin's motion for summary judgment is **GRANTED** and the claims presented by the Plaintiff are **DISMISSED** with prejudice.

**DONE** this 23rd day of March, 2015.


s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE