IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM S. COWART, (AIS # 00011179), | : |
| Plaintiff, | : |
| vs. | : Civil Action No: 14-0197-WS-C |
| BALDWIN COUNTY CORRECTIONS CENTER MEDICAL DEP'T, *et al.* | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff William S. Cowart recover nothing and the claims made against Defendants Baldwin County Corrections Center Medical Department, Dr. Charles D. Sherman, and Nurse Carla Wasdin are hereby **DISMISSED** with prejudice.

**DONE** this 23rd day of March, 2015.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**